IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

YESIKA E. ZEPEDA, O/B/O V.M.Z.                                              PLAINTIFF

v.                              Civil No. 2:24-cv-02020-MEF

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration[1]
                                                                            DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows:

For the reasons announced by the Court on the record on January 7, 2025, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this day of January 7, 2025.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn Colvin was designated the Acting Commissioner of Social Security on November 3, 2024, and in her official capacity is substituted as defendant. *See* Fed. R. Civ. P. 25(d).